LORI RIFKIN – 244081
RIFKIN LAW OFFICE
P.O Box 19169
Oakland, California 94169
Telephone:   (415) 685-3591
Facsimile:    (510) 255-6266
Email: lrifkin@rifkinlawoffice.com

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Estate of Dimitris Kalatzakis, deceased, by and through Miltiadis Kalatzakis, D.K., a minor, by and through his guardian ad litem, Miltiadis Kalatzakis, Takis Kalatzakis, and Sandra Kalatzakis,<br><br>                    Plaintiffs,<br><br>          v.<br><br>R.T.C. Grounds, N. Walker, J. Guglielmo, R. Romero, Connie Gipson, Gary Sandor, A. Peterson, Sgt. D. Tepperman, G. Mascarenas, J. Bugarin, J. Watkins, M. Oliveira, and Does I-X, in their individual capacities,<br><br>                    Defendants. | Case No.<br><br>**[PROPOSED] ORDER GRANTING APPLICATION FOR APPOINTMENT OF GUARDIAN AD LITEM** |

1  Having considered the Application for Appointment of Miltiadis Kalatzakis as
2  Guardian Ad Litem for Plaintiff D.K., it is hereby ordered that Miltiadis Kalatzakis be
3  appointed guardian ad litem for Plaintiff D.K. in the above action.

5  It is so ordered.

7  Dated: December 29, 2014                    _____
8                                              United States Magistrate Judge

[PROPOSED] ORDER GRANTING APPLICATION FOR GUARDIAN AD LITEM