1  LORI RIFKIN – 244081
   RIFKIN LAW OFFICE
2  P.O Box 19169
   Oakland, California 94169
3  Telephone:    (415) 685-3591
   Facsimile:    (510) 255-6266
4  Email: lrifkin@rifkinlawoffice.com

5  Attorney for Plaintiff

6

7

8                    **UNITED STATES DISTRICT COURT**

9                   **NORTHERN DISTRICT OF CALIFORNIA**

10

11 Estate of Dimitris Kalatzakis, deceased, by    Case No. 5:14-cv-05634-RMW-PSG
   and through Miltiadis Kalatzakis, D.K., a
12 minor, by and through his guardian ad
   litem, Miltiadis Kalatzakis, Takis
13 Kalatzakis, and Sandra Kalatzakis,             **[PROPOSED] ORDER SCHEDULING
                                                  TRIAL AND PRETRIAL MATTERS**
14           Plaintiffs,

15       v.

16 R.T.C. Grounds, N. Walker, J. Guglielmo,
   R. Romero, Connie Gipson, Gary Sandor,
17 A. Peterson, Sgt. D. Tepperman, G.
   Mascarenas, J. Bugarin, J. Watkins, M.
18 Oliveira, and Does I-X, in their individual
   capacities,
19
             Defendants.
20

21

22

23

24

25

26

27

28

                                          1

1    Following the Case Management Conference, IT IS HEREBY ORDERED that the

2  Joint Case Management Statement is adopted, except as expressly modified by this Order.

3  It is further ORDERED that:

4    **A.    DATES**

5    Jury Trial Date:  December 5, 2016, at 1:30 p.m.

6    Joint Pretrial Statement Due:  November 10, 2016

7    Pretrial Conference:  November 17, 2016, at 2:00 p.m.

8    Last Day to Hear Dispositive Motions:  July 29, 2016, at 9:00 a.m.

9    Last Day for Expert Discovery:  May 6, 2016

10   Last Day for Rebuttal Expert Reports:  March 31, 2016

11   Last Day for Expert Disclosure:  March 4, 2016

12   Close of Non-expert Discovery:  February 12, 2016

13   **B.    DISCOVERY**

14   The parties have agreed to waive the deposition limit set by the Federal Rules.  The

15 Court approves this waiver, and sets no limit on the number of depositions.  However,

16 either party may seek judicial intervention if, after meeting and conferring, the party

17 believes the number of depositions to be excessive.

18   Requests for admission are limited to ten (10) per side.  Interrogatories are limited

19 to twenty-five (25) per side.  Requests for production of documents are not limited, but the

20 Court cautions that they must be narrowly tailored.

21   **C.    ALTERNATIVE DISPUTE RESOLUTION**

22   The parties have submitted an ADR request for a settlement conference with

23 Magistrate Judge Nathaniel Cousins and ADR staff recommended the same.  This case is

24 hereby referred to Magistrate Judge Cousins for a settlement conference to be completed

25 within 90 to 120 days of May 15, 2015.  The parties are directed to contact the chambers of

26 Magistrate Judge Cousins to schedule this conference.

27 //

28 //

1    IT IS SO ORDERED.

2

3   Dated:   9/11/2015                          _Ronald M. Whyte_

4                                               RONALD M. WHYTE
                                                United States District Judge
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER SCHEDULING TRIAL AND PRETRIAL MATTERS, 5:14-CV-05634-RMW-PSG