UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| D.K., et al., <br><br> Plaintiffs, <br><br> v. <br><br> RTC GROUNDS, et al., <br><br> Defendants. | Case No. 5:14-cv-05634-RMW <br><br> **ORDER GRANTING DISCOVERY EXTENSION** <br><br> **(Re: Docket No. 46)** |

Defendant Connie Gipson moves for a 15-day extension to serve her response to Plaintiffs' requests for production, which are currently due on March 28, 2016.[1] The next day, on March 29, 2016, a hearing is set on Plaintiffs' motion to compel further responses to requests for production from Defendants R.T.C. Grounds and Gary Sandor.[2] Grounds and Sandor argue in their opposition to the motion to compel that Plaintiffs' request for production to Gipson moots the motion against them.[3]

Gipson's motion for a 15-day extension is GRANTED, but Defendants shall be prepared to address the following points at the March 29, 2016 hearing on Plaintiffs' motion to compel:

- what documents Gipson will produce that would moot Plaintiffs' motion to compel;
- what documents Gipson will not produce that would leave the requests for production from Grounds and Sandor unsatisfied.

---

[1] *See* Docket No. 46 at 1.

[2] *See* Docket No. 40.

[3] *See* Docket No. 41 at 4-5.

Case No. 5:14-cv-05634-RMW
ORDER GRANTING DISCOVERY EXTENSION

1

1 **SO ORDERED.**

2 Dated: March 24, 2016

3 _____
PAUL S. GREWAL
4 United States Magistrate Judge